JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>RICHARD JOHN JAMES ROBINSON, A Fugitive from the Government of the United Kingdom. | CASE NO. CV 09-0718-GAF (RNB)<br><br>ORDER CERTIFYING EXTRADITABILITY OF RICHARD JOHN JAMES ROBINSON |

Having conducted the extradition hearing in this matter on June 4, 2009, and having reviewed and fully considered all documents and memoranda filed by both the United States and Richard John James Robinson ("Robinson"), the Court concludes that all requirements for the extradition of Robinson to the United Kingdom of Great Britain and Northern Ireland (the "United Kingdom") to face charges of five counts of buggery, two counts of attempted buggery, twelve counts of indecent assault on a male person, and three counts of indecency with a child in violation of the laws of the United Kingdom at the time of the offenses have been met by the United States, acting on behalf of the Government of the United Kingdom.

The Court therefore finds and certifies to the Secretary of State as follows:

(1) This Court has jurisdiction to conduct extradition proceedings pursuant to 18 U.S.C. § 3184 and General Order No. 01-13 of the United States District Court for the Central District of California.

(2) This Court has jurisdiction over the fugitive Robinson.

(3) A valid extradition treaty exists between the United States and the United Kingdom (hereinafter the "2003 Treaty").[1]

(4) At all relevant times, the 2003 Treaty was and is in full force and effect.

(5) A formal request for the extradition of Robinson was properly presented by the Government of the United Kingdom through its Embassy in Washington, D.C.

(6) This request was in the form of a diplomatic note dated November 25, 2008, which was received by the United States Department of State in Washington, D.C.

(7) The documents submitted by the Government of the United Kingdom in support of the extradition request, along with its diplomatic note of November 25, 2008, have all been properly certified by the appropriate authorities and officials, and contain all the required information.

(8) The following criminal charges are now pending against Robinson in the United Kingdom: five counts of buggery, two counts of attempted buggery, twelve counts of indecent assault on a male person, and three counts of indecency with a child in violation of the laws of the United Kingdom at the time of the offenses.

(9) Each of the offenses for which extradition is sought is punishable under the laws of both the United States and the United Kingdom by deprivation of liberty for a period of one year or more or by a more severe penalty, and therefore each offense for which extradition is sought

---

[1] Extradition Treaty between the United States of America and the United Kingdom of Great Britain and Northern Ireland, and related Exchanges of Letters, signed on March 31, 2003, which entered into force on April 26, 2007.

qualifies as an extraditable offense under Article 2 of the 2003 Treaty.[2]

(10) There is outstanding a valid warrant for the arrest and detention of Robinson issued by a judicial officer of the United Kingdom.

(11) The Richard John James Robinson appearing before this Court is the same Richard John James Robinson sought by the Government of the United Kingdom.

(12) There is probable cause to believe (a) that the offenses described above have been committed, and (b) that Robinson, the person appearing before the Court, is the person who committed them.

Based upon the foregoing findings, and pursuant to 18 U.S.C. § 3184,

THIS COURT HEREBY CERTIFIES that it has found Richard John James Robinson extraditable to the United Kingdom. A warrant may issue upon the requisition of the proper authorities of the Government of the United Kingdom for the surrender of Robinson according to the terms of the 2003 Treaty.

IT IS FURTHER ORDERED that Robinson is committed to the custody of the United States Marshal, to be confined without bail until his surrender to the Government of the United Kingdom can be effectuated.

IT IS FURTHER ORDERED that the Clerk of Court forward to the Secretary of State a copy of this Certification and Order, together with a copy of the hearing transcript

//

//

---

[2] In his opposition memorandum, Robinson contends that only United States federal offenses can qualify as extraditable offenses under the dual criminality clause of the 2003 Treaty, and alternatively that the 2003 Treaty is ambiguous in this regard and the ambiguity should be resolved in Robinson's favor under the rule of lenity. For the reasons stated in the Government's reply memorandum and in accordance with the authorities cited therein, the Court rejects both contentions.

and copies of the documents received as evidence (including the documentary evidence comprising the Formal Extradition Papers).

Entered this 4th day of June, 2009.

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

I, Milli Borgarding, Deputy-In-Charge, have been authorized by Terry Nafisi, Clerk of Court in and for the United States District Court for the Central District of California, to make all of the requisite certifications, and pursuant to that authority, I do hereby certify that the above signature of Honorable Robert N. Block is authentic.

DATED: June 11, 2009

_____
MILLI BORGARDING, Deputy-In-Charge
United States District Court for the
Central District of California,
Southern Division
411 W. Fourth Street
Santa Ana, CA 92701

4

I, Robert N. Block, Magistrate Judge of the United States District Court, do hereby certify that Milli Borgarding, whose signature is attached to the Order Certifying Extraditability of Richard John James Robinson hereto annexed, is now, and was at the time of signing the same, the Deputy-In-Charge for the United States District Court for the Central District of California, Southern Division; that the official acts and doings of said Deputy-In-Charge are entitled to full faith and credit; and that the testation to said Order is in due form of law. I further certify that the seal attached to said order is the seal of this Court.

Executed on this 11th day of June, 2009, in the City of Santa Ana, California.

HONORABLE ROBERT N. BLOCK
United States District Court for the
Central District of California,
Southern Division
411 W. Fourth Street
Santa Ana, CA 92701

I, Milli Borgarding, Deputy-In-Charge, do hereby certify that Robert N. Block, whose name is signed to the accompanying papers is now, and was at the time of signing the same, a United States Magistrate Judge for the Central District of California.

IN WITNESS THEREOF, I have hereunto set the seal of this District Court at the City of Santa Ana, California, this 11th day of June, 2009.

MILLI BORGARDING, Deputy-In-Charge
United States District Court for the
Central District of California,
Southern Division
411 W. Fourth Street
Santa Ana, CA 92701